IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 098 JDP |
| ANTHONY BROOKS, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

COUNT 1

On or about July 19, 2021, in the Western District of Wisconsin, the defendant,

ANTHONY BROOKS,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce an FN 9mm handgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 09/22/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney